FILED
MAY - 8 2007
U.S. COURT OF
FEDERAL CLAIMS

**UNITED STATES COURT OF FEDERAL CLAIMS**

**IMS ENGINEERS-ARCHITECTS, P.C.**

**Plaintiff**

**v.**

**THE UNITED STATES OF AMERICA,**
**ARMY CORPS OF ENGINEERS**

**Defendant**

**Case No._______**

**RULE 7.1 DISCLOSURE STATEMENT**

IMS Engineers- Architects, P.C. has no parent corporations, and no publicly held corporation holds 10% or more of the stock of IMS Engineers-Architects, P.C.

Dated: May 3, 2007

Respectfully submitted,
The Camardo Law Firm, P.C.

Joseph A. Camardo, Jr.
127 Genesee St.
Auburn, New York 13021
Tel: (315)-252-3846
Fax: (315)-252-3508

FILED
MAY - 8 2007
U.S. COURT OF
FEDERAL CLAIMS

**UNITED STATES COURT OF FEDERAL CLAIMS**

**IMS ENGINEERS-ARCHITECTS, P.C.** )

**Plaintiff** )

**v.** ) **Case No.** 07-291 C

**THE UNITED STATES OF AMERICA,**
**ARMY CORPS OF ENGINEERS** )

**Defendant** )

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 4rd day of May, 2007, I caused to be served by united States Mail, an original and seven copies of Plaintiff's Complaint (with civil cover sheet), and Rule 7.1 statement, addressed as follows:

Clerk
United States Court of Federal Claims
717 Madison Place N.W. Room 103
Washington DC 20005

Adam H. Van Buskirk, Esq