IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| IMS ENGINEERS-ARCHITECTS, P.C., | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-291C |
| | ) | (Judge Christine O.C. Miller) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Robert C. Bigler, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Robert C. Bigler
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, NW
Washington, D.C. 20530
Phone: (202) 307-0315
Fax: (202) 514-8624
E-mail:Robert.Bigler@usdoj.gov

Attention: Classification Unit
8th Floor

s/ Robert C. Bigler
Robert C. Bigler
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice

Dated: May 16, 2007

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of May, 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert C. Bigler