IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| IMS ENGINEERS-ARCHITECTS, P.C., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-0291C |
| v. | ) | |
| | ) | (Judge Christine O.C. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b)(1) and 6.1 of the United States Court of Federal Claims (RCFC), defendant, the United States, respectfully requests an enlargement of time of thirty days, to and including August 29, 2007, to file a response to the complaint. Defendant's response currently is due on July 30, 2007. This is defendant's second request for an enlargement for this purpose, the Court having previously granted an enlargement of twenty-one days. Defendant has consulted with counsel for the plaintiff and counsel for the plaintiff has represented that the plaintiff opposes this request for an enlargement of time.

Defendant promptly sent to the involved agency, the U.S. Army ("Army"), a copy of the complaint with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520. Additional time is needed for the Army to investigate the allegations made in the complaint, finalize the litigation report, and provide a suggested response to the complaint. Defendant's counsel will require additional time to review the litigation report and supporting documentation, the suggested response to the complaint, to consult with agency counsel and other Government attorneys, and to prepare and file the Government's response to the complaint. In addition, the Department of Justice attorney assigned to this matter is scheduled to be on

annual leave from August 10-20, 2007, making a thirty day extension necessary to ensure that there is sufficient time for the Government to respond to the complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for enlargement of time of thirty days, to and including August 29, 2007, within which to file a response to the plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-0315
Fax: (202) 514-8624

July 27, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Robert C. Bigler