# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**IMS ENGINEERS-ARCHITECTS, P.C.,** *

Plaintiff, *

v. * No. 07-291C

**THE UNITED STATES,** * (Filed Oct. 23, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to both plaintiff's Preliminary Status Report and Defendant's Preliminary Status Report filed on October 22, 2007,

**IT IS ORDERED**, as follows:

A status conference shall be held at 2:00 p.m., on Thursday, March 13, 2008, in the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, DC. Counsel for plaintiff shall notify the court at 202/357-6620 by March 7, 2008, if he wishes to participate by telephone conference call to be placed by the court. The parties shall be prepared to discuss the progress of discovery, and the court will set a deadline at this conference.

s/ Christine O.C. Miller

______________________________

**Christine Odell Cook Miller**
Judge