# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **IMS ENGINEERS-ARCHITECTS, P.C.,** | * | |
| Plaintiff, | * | |
| v. | * | No. 07-291C |
| **THE UNITED STATES,** | * | (Filed Mar. 13, 2008) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

Further to the status conference held this date,

**IT IS ORDERED**, as follows:

A subsequent telephonic status conference shall be held at 2:00 p.m., on Tuesday, May 20, 2008, in the Howard T. Markey National Courts Building. This time the parties shall be prepared to discuss some real progress with discovery, as the court will set a deadline of no later than August 29, 2008.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge