# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**IMS ENGINEERS-ARCHITECTS, P.C.,** *

Plaintiff, *

v. * No. 07-291C

**THE UNITED STATES,** * (Filed May 21, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the status conference held this date,

**IT IS ORDERED**, as follows:

A subsequent telephonic status conference shall be held at 3:00 p.m. on Tuesday, July 29, 2008, in the Howard T. Markey National Courts Building. The parties shall be prepared to discuss the progress of document production and set a deadline for discovery.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge