# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**IMS ENGINEERS-ARCHITECTS, P.C.,** *

Plaintiff, *

v. * No. 07-291C

**THE UNITED STATES,** * (Filed July 29, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Further to the status conference held this date,

**IT IS ORDERED**, as follows:

1. All discovery shall be completed by October 31, 2008.

2. A subsequent telephonic status conference shall be held at 3:00 p.m. on Friday, November 7, 2008, in the Howard T. Markey National Courts Building. The parties shall be prepared to set the dates for all pretrial proceedings and trial.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge